**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, STE. 610
LOS ANGELES, CA 90045
Tel:  (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, SBN. 241919
ab@brockgonzales.com
Douglas B. Hayes, SBN 232709
dh@brockgonzales.com
Kendall R. Weaver, SBN 354202
kw@brockgonzales.com

**Attorneys for Plaintiff**
Mercedes Howard

**MATENSON,  HASBROUCK  & SIMON LLP**
5800 Armada Dr, Ste 101
Carlsbad, CA 92008
Kathryn Lee Colgan, SBN 265416
kcolgan@martensonlaw.com
Alexander P. Castillo, SBN 326246
acastillo@martensonlaw.com

**Attorneys for Defendant**
WAL-MART ASSOCIATES, INC.

**WILSON TURNER KOSMO LLP**
402 West Broadway, Suite 1600
San Diego, California 92101
Leticia C. Stevens, SBN 253345
Email: lstevens@wilsonturnerkosmo.com

**Attorneys for Defendant**
Sedgwick Claims Management Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES HOWARD, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>       Defendants. | Case No.: 5:25-cv-00814-KK-E<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

## <u>ORDER</u>

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.      All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2.      Each party is to bear his/her/its own fees and costs.

**IT IS SO ORDERED.**

Dated:  March 8, 2026                    _____

United States District Court Judge

**ORDER GRANTING DISMISSAL WITH PREJUDICE**